UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MSB HOMES LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MINNIE C. WILLIAMS, et al.,<br><br>    Defendants. | Case No. 5:17-cv-07226-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:17-cv-06830-BLF (SVK) *MSB Homes, et al. v. Williams, et al.*

SO ORDERED.

Dated: December 21, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge